IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.                                  No. 12-20158-01/02/03-KHV-JPO

JAMES NEW,
JESSICA BLACKSTONE, and
NICHOLAS GRIFFIN,

        Defendants,

### INDICTMENT

The Grand Jury charges that:

### Count 1

Beginning in or about December 2010, and continuing to on or about March 21, 2012, the exact dates being unknown to the Grand Jury, in the District of Kansas and elsewhere, the defendants,

**JAMES NEW,
JESSICA BLACKSTONE, and
NICHOLAS GRIFFIN,**

knowingly, combined, conspired, and agreed with each other, and with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute more than fifty grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

This was all in violation of Title 21, United States Code, Section 846 and Title 18, United

States Code, Section 2.

## Count 2

On or about March 21, 2012, in the District of Kansas, the defendants,

**JAMES NEW, and
NICHOLAS GRIFFIN,**

knowingly and intentionally possessed with intent to distribute more than five grams of methamphetamine, a controlled substance, a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii) and Title 18, United States Code, Section 2.

## Count 3

On or about March 21, 2012, in the District of Kansas, the defendant,

**JAMES NEW,**

who had been convicted on November 14, 2006, in Johnson County, Kansas, of one count of Felony Sale of Narcotics, which occurred on May 2, 2005, in case number 05CR01269, a crime punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year, knowingly and unlawfully possessed in and affecting interstate and foreign commerce, and received a firearm which had been shipped and transported in interstate and foreign commerce, namely, a Browning 20 gauge shotgun, bearing serial number X17677.

This was all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

**Count 4**

On or about March 21, 2012, in the District of Kansas, the defendant,

**JAMES NEW,**

who had been convicted on November 14, 2006, in Johnson County, Kansas, of one count of Felony Sale of Narcotics, which occurred on May 2, 2005, in case number 05CR01269, a crime punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year, knowingly and unlawfully possessed in and affecting interstate and foreign commerce, and received firearms which had been shipped and transported in interstate and foreign commerce, namely: a Sturm Ruger 9mm pistol, model P89DC, bearing serial number 310-13762; a Beretta 9mm pistol, Model 1934 Brevatto, bearing serial number 717327; a Taurus 9mm pistol, model PT92, bearing serial number TJF43466; a Browning 20 gauge shotgun, model invector, bearing serial number 28595PT152; a CETME 308 caliber rifle, bearing serial number C25735; a Marlin .22 caliber rifle, model 60, bearing serial number 18449311; a SB Brasilira De Caruchas SB 12 gauge shotgun, bearing serial number 654317; a Winchester Ranger 12 gauge shotgun, bearing serial number N958609; a Winchester .22 caliber rifle, model 290, bearing serial number 16551; a Diamond Jubilee Commemorative .22 caliber rifle, model 6060, bearing serial number OK017333; a Enfield 303 caliber rifle, model 1909, bearing no serial number; a Mossberg 12 gauge shotgun, model 500A, bearing serial number P982022; a Mossberg 12 gauge shotgun, model 500A, bearing serial number R282628; a Westerfield .22 caliber rifle, model 59A, bearing no serial number; and ammunition.

This was all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

### FORFEITURE ALLEGATION I

1. The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of the offense(s) identified in Counts 1 and 2, the defendant,

**JAMES NEW,**

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to the following: a Browning 20 gauge shotgun, bearing serial number X17677; a Sturm Ruger 9mm pistol, model P89DC, bearing serial number 310-13762; a Beretta 9mm pistol, Model 1934 Brevatto, bearing serial number 717327; a Taurus 9mm pistol, model PT92, bearing serial number TJF43466; a Browning 20 gauge shotgun, model invector, bearing serial number 28595PT152; a CETME 308 caliber rifle, bearing serial number C25735; a Marlin .22 caliber rifle, model 60, bearing serial number 18449311; a SB Brasilira De Caruchas SB 12 gauge shotgun, bearing serial number 654317; a Winchester Ranger 12 gauge shotgun, bearing serial number N958609; a Winchester .22 caliber rifle, model 290, bearing serial number 16551; a Diamond Jubilee Commemorative .22 caliber rifle, model 6060, bearing serial number OK017333; a Enfield 303 caliber rifle, model 1909, bearing no serial number; a Mossberg 12 gauge shotgun, model 500A, bearing serial number P982022; a Mossberg 12 gauge shotgun, model 500A, bearing serial number R282628; a Westerfield .22 caliber rifle, model 59A, bearing

no serial number; and ammunition seized no March 21, 2012, in Franklin and Linn County, Kansas.

## FORFEITURE ALLEGATION II

1. The allegations contained in Counts 1 and 4 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses identified in Count 3 and 4, the defendant,

**JAMES NEW,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing and willful commission of the offense and intended to be used in the offenses, including, but not limited to the following:   a Browning 20 gauge shotgun, bearing serial number X17677; a Sturm Ruger 9mm pistol, model P89DC, bearing serial number 310-13762; a Beretta 9mm pistol, Model 1934 Brevatto, bearing serial number 717327; a Taurus 9mm pistol, model PT92, bearing serial number TJF43466; a Browning 20 gauge shotgun, model invector, bearing serial number 28595PT152; a CETME 308 caliber rifle, bearing serial number C25735; a Marlin .22 caliber rifle, model 60, bearing serial number 18449311; a SB Brasilira De Caruchas SB 12 gauge shotgun, bearing serial number 654317; a Winchester Ranger 12 gauge shotgun, bearing serial number N958609; a Winchester .22 caliber rifle, model 290, bearing serial number 16551; a Diamond Jubilee Commemorative .22 caliber rifle, model 6060, bearing serial number OK017333; a Enfield 303 caliber rifle, model 1909, bearing no serial number; a Mossberg 12 gauge shotgun, model 500A, bearing serial number P982022; a Mossberg 12 gauge shotgun, model 500A, bearing serial number

R282628; a Westerfield .22 caliber rifle, model 59A, bearing no serial number; and ammunition

seized no March 21, 2012, in Franklin and Linn County, Kansas.

A TRUE BILL.

December 19, 2012         s/Foreperson
DATE             FOREPERSON OF THE GRAND JURY


 s/Sheri McCracken #17097 for
BARRY R. GRISSOM
United States Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
Tel. 913-551-6730
Fax 913-551-6541
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866


[It is requested that trial be held in Kansas City, Kansas]

**PENALTIES:**

**Count 1:**    **21 U.S.C. § 846 and 18 U.S.C. § 2**

- NLT 10 years NMT life imprisonment;
- NMT $4,000,000.00 fine;
- NLT 5 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 20 years NMT life imprisonment;
- NMT $8,000,000.00 fine;
- NLT 10 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

If the defendant has two or more prior convictions for felony drug offenses the penalties are:

- NLT life imprisonment;
- NMT $8,000,000.00 fine;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

**Count 2:**    **: 21 U.S.C. § 841(a)(1) and(b)(1)(B)(viii) and 18 U.S.C. § 2**

- NLT 5 years NMT 40 years imprisonment;
- NMT $2,000,000.00 fine;
- NLT 4 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 10 years NMT life imprisonment;
- NMT $4,000,000.00 fine;
- NLT 8 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee. .

**Counts 3-4:**     18 U.S.C. §§ 922(g)(1), 924 (a)(2) & 2

- NMT 10 years Imprisonment;
- NMT $250,000.00 Fine;
- NMT 3 years supervised release;
- Forfeiture Allegation II; and
- $100 Special Assessment.